OMAHA LOAN & TRUST COMPANY, APPELLEE, V. MARY
ANN FITZPATRICK, APPELLANT.

FILED NOVEMBER 23, 1899.   No. 9,024.

1. **Conflicting Evidence:** REVIEW. A finding of the trial court upon
conflicting evidence will not be disturbed or reviewed.

2. **Judicial Sales:** APPRAISEMENT. The appraisement of property for
the purposes of judicial sale, as being too low, can be assailed
only for fraud.

APPEAL from the district court of Douglas county.
Heard below before POWELL, J.  *Affirmed.*

*I. J. Dunn*, for appellant.

*Francis A. Brogan*, contra.

NORVAL, J.

This appeal was taken from an order confirming a
sale of real estate, the sole objection being that the prop-
erty was appraised too low.  The evidence adduced by
the defendant tended to establish that the real estate
was worth a much larger sum than was fixed in the ap-
praisement, while the proof introduced on behalf of the
plaintiff was to the effect that the property was not
worth more than the figure at which it was appraised.
We must refrain from weighing conflicting evidence,
farther than to ascertain that it sustains the finding.
There is an entire lack of evidence to establish fraud
in making of the appraisement.  The order appealed
from is

AFFIRMED.